UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                                                          Case No.: 9:13-bk-00479-FMD
                                                                                                Chapter: 13
ELSA JUDITH ONTANEDA
f/k/a ELSA JUDITH ONTANEDA-MARTINEZ

       Debtor.
_____/

**MOTION TO DETERMINE SECURED STATUS OF GREEN TREE SERVICING
AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, Juan J. Piles, Esq., 4905 Chiquita Boulevard, Suite 103, Cape Coral, Florida 33914.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

       **COMES NOW**, ELSA JUDITH ONTANEDA (the "Debtor"), by and through the undersigned counsel, and files this Motion to Determine Secured Status of Green Tree Servicing and to Strip Lien and States as follows:

       1.     The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 15, 2013.

       2.     The Debtor owns real property (the "Real Property") located at 911 S.E. 34th Terrace, Cape Coral, Florida 33904, Florida, and more particularly described as follows:

> Lot(s) 24 and 25, Block 492 of Cape Coral, Unit 15, as recorded in Plat Book 13, Page 69 to 75, et seq., of the Public Records of Lee County, Florida.

3. The Real Property is encumbered by two mortgages:

   a. Wells Fargo Bank, N.A., account number 93602589973, holds the first mortgage, as recorded 10/30/2007, in Instrument #2007000327085, of the Public Records of Lee County, Florida, and assigned to them from SunTrust Mortgage, Inc. on 10/12/2011, in Instrument #2011000222037, of the Public Records of Lee County, Florida and has filed no claim. The principal balance as of the date of filing the petition is $185,979.00.

   b. Green Tree Servicing, account number 680978731, holds a second mortgage, recorded on 04/02/2008, in Instrument #2008000086512, of the Official Records of Lee County, Florida and assigned to them from Bank of America, NA, and has filed Claim No. <u>1-1</u> in the amount of <u>$24,337.02</u>. The principal balance as of the date of filing is $24,337.02.

4. Based on the county valuation by the Lee County Property Appraiser attached hereto as Exhibit "A", the value of the Real Property is $119,704.00.

5. Accordingly, Green Tree Servicing's second mortgage is completely unsecured.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(a) Granting the Motion;

(b) Determining the value of the Real Property to be $119,704.00,

(c) Determining that Green Tree Servicing's claim shall be treated as an unsecured claim;

(d) Voiding the mortgage lien of Green Tree Servicing effective upon discharge; and

(e) Granting such other and further relief as the Court deems appropriate.

## DECLARATION

The undersigned Debtors named in the foregoing Motion to Value Collateral and Strip Second Mortgage hereby make solemn oath that the statements and figures contained herein are true and correct to the best of Debtor's knowledge, information and belief.

11/19/13
Date

_____
Elsa Judith Ontaneda

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this 19th day of November, 2013 to:

**Regular Mail and/or electronically:**
U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602
Jon M. Waage, Esq., Chapter 13 Trustee, PO Box 25001, Bradenton, Florida 34206-5001
Elsa Judith Ontaneda,

**Via Certified Mail:**
Mr. Keith Anderson, President of Green Tree Servicing, 345 St. Peter Street, St. Paul, MN 55102. (Certified Mail No. 70120470000154356748)

Hershel R. Hoyt, Bankruptcy Supervisor, 345 St. Peter Street, St. Paul, MN 55102. (Certified Mail No. 70120470000154356755)

                                        **JUAN J. PILES, ESQUIRE**
                                        4905 Chiquita Boulevard South
                                        Suite 103
                                        Cape Coral, Florida 33914
                                        Telephone: (239) 443-5900
                                        Facsimile: (888) 267-9061

                                             **/s/ Juan J. Piles**          .
                                        Juan J. Piles, Esquire
                                        Florida Bar Number 0145645

## Property Data for Parcel 06-45-24-C1-00492.0240

**Owner Of Record**

ONTANEDA ELSA
911 SE 34TH TER
CAPE CORAL FL 33904

**Site Address**

911 SE 34TH TER
CAPE CORAL FL 33904

**Legal Description**

CAPE CORAL UNIT 15
BLK 492 PB 13 PG 70
LOTS 24 + 25

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01

[ Tax Map Viewer ]



[ Pictometry Aerial Viewer ]

**Image of Structure**



❮ Photo Date February of 2008 ❯

### Property Values (2013 Tax Roll)

| | |
|---|---:|
| Just | 119,704 |
| Assessed | 119,704 |
| Portability Applied | 0 |
| Cap Assessed | 97,688 |
| Taxable | 47,688 |
| Cap Difference | 22,016 |

### Exemptions

| | |
|---|---:|
| Homestead / Additional | 25,000 / 25,000 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

### Attributes

| | |
|---|---:|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 80 |
| Depth | 125 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 2.0 |
| Total Living Area | 1,921 |
| 1st Year Building on Tax Roll | 1981 |
| Historic District | No |

### Property Value History



| Tax Year | Just | Market Assessed | SOH Assessed | Taxable | Source |
|---|---:|---:|---:|---:|---|
| 1992 | 65,730 | 65,730 | 65,730 | 40,730 | ROLL |
| 1993 | 70,580 | 70,580 | 70,580 | 45,580 | ROLL |
| 1994 | 72,316 | 72,316 | 72,316 | 47,320 | SOH |
| 1995 | 73,820 | 73,820 | 73,820 | 48,820 | SOH |
| 1996 | 71,770 | 71,770 | 71,770 | 46,770 | SOH |
| 1997 | 75,300 | 75,300 | 75,300 | 75,300 | ROLL |
| 1998 | 74,300 | 74,300 | 74,300 | 74,300 | ROLL |
| 1999 | 78,060 | 78,060 | 78,060 | 78,060 | ROLL |
| 2000 | 80,140 | 80,140 | 80,140 | 80,140 | ROLL |
| 2001 | 82,150 | 82,150 | 82,150 | 57,150 | SOH |
| 2002 | 96,670 | 96,670 | 83,460 | 58,460 | SOH |
| 2003 | 111,390 | 111,390 | 85,470 | 60,470 | SOH |
| 2004 | 120,990 | 120,990 | 87,090 | 62,090 | SOH |
| 2005 | 144,810 | 144,810 | 144,810 | 119,810 | SOH |
| 2006 | 206,450 | 206,450 | 149,150 | 124,150 | SOH |
| 2007 | 223,620 | 223,620 | 175,770 | 150,770 | E&I |
| 2008 | 171,370 | 171,370 | 171,370 | 121,370 | SOH |
| 2009 | 100,770 | 100,770 | 100,770 | 50,770 | SOH |
| 2010 | 91,879 | 91,879 | 91,879 | 41,879 | SOH |
| 2011 | 98,586 | 98,586 | 93,257 | 43,257 | SOH |
| 2012 | 106,806 | 106,806 | 96,055 | 46,055 | SOH |
| 2013 | 119,704 | 119,704 | 97,688 | 47,688 | SOH |

The **Just** value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to Fair Market Value we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The **Market Assessed** value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the Highest and Best Use standard or the Present Use standard (F.S. 193.011) . For Agriculturally Classified parcels (or parts thereof), only agricultural uses are considered in the assessment (F.S. 193.461 (6) (a)). The difference between the Highest and Best Use/Present Use and the Agricultural Use is often referred to as the Agricultural Exemption.
(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped (SOH) Assessed** value is the Market Assessment after any Save Our Homes cap is applied. This assessment cap is applied to all Homesteaded properties and limits year-to-year assessment increases to either the Consumer Price Index or 3%, whichever is lower. Some Homestead Exempt taxing authorities use this assessment to calculate a parcel's taxes.
(i.e. Capped (SOH) Assessed = Market Assessed - SOH Cap)

The **Taxable** value is the Capped (SOH) Assessment after any personal exemptions, such as Homestead, are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped (SOH) Assessed - Exemptions)

## Taxing Authorities

### CITY OF CAPE CORAL / REDEVELOPMENT EXPANSION 2 / 279

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL   33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL   33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL   33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL   33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | VIVIAN H. JONES<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL   33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | VIVIAN H. JONES<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL   33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR<br>200 MIAMI AVE E<br>VENICE FL   34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL   33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL   33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL   33966 |
| CITY OF CAPE CORAL DEL PRADO ALLEY IMP / 255 | Voter Approved | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL   33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |

| | | | | | |
|---|---|---|---|---|---|
| SFWMD-OKEECHOBEE BASIN / 308 | | | Water District | 3301 GUN CLUB RD<br>WEST PALM BEACH FL  33406 | |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 100.00 | 08/18/2011 | 2011000187961 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective deed, quit claim deed, or tax deed; Deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; Transfer of ownership where no doc stamps were paid. | I |
| 0.00 | 06/16/2011 | 2011000140458 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective deed, quit claim deed, or tax deed; Deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; Transfer of ownership where no doc stamps were paid. | I |
| 183,000.00 | 07/26/2004 | 4432/1755 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 90,000.00 | 06/29/1999 | 3141/850 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 84,500.00 | 04/01/1990 | 2149/2111 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 0.00 | 09/01/1987 | 1969/3242 | 03 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Interest Sales / Court Docs / Government) | I |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| 05-30327 | Pool & Spa | 09/21/2005 |
| 50614590 | Fence | 05/07/1990 |
| 02-5232 | Roof | 04/02/2002 |
| 07-11351 | Shutter, Awning | 07/03/2007 |
| 07-17823 | Building Miscellaneous | 12/06/2007 |
| 02-8935 | Roof | 06/10/2002 |
| 441881 | Residential | 04/07/1981 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or may not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Renumber Reason | Renumber Date |
|---|---|---|
| 01-45-23-A7-00492.0240 | Reserved for Renumber ONLY | 01/26/1997 |

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|
| - UNKNOWN | - | | 0 | 0.00 |

## Flood and Storm Information

Flood Insurance [ FIRM Look-up ]

| Storm Surge Zone | Evacuation Zone | Community | Panel | Version | Date |
|---|---|---|---|---|---|
| B | B | 125095 | 0405 | F | 8/28/2008 |

## Appraisal Details

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 100 | Single Family Residential | 125 | 80 | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| FENCE - WOOD - SOLID BOARD | 1990 | 100 |
| IRRIGATION SYSTEM LAWN | 1981 | 1 |
| FENCE - ALUM/VINYL - 6 FEET | 2010 | 174 |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 3 | 2.0 | 1981 | 1983 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 1,921 |
| FGR - FINISHED GARAGE | N | 537 |
| FOP - FINISHED OPEN PORCH | N | 252 |
| FSP - FINISHED SCREEN PORCH | N | 69 |
| PS1 - 1 STORY SCREEN ENCL | N | 383 |
| PS1 - 1 STORY SCREEN ENCL | N | 345 |
| PTO - PATIO | N | 252 |

#### Building Features

| Description | Year Added | Units |
|---|---|---|
| POOL - RESIDENTIAL | 2006 | 345 |
| PATIO - CONCRETE | 2006 | 383 |

**Building Front Photo**                               **Building Footprint**



**Photo Date : February of 2008**



